shown why this Court should not approve the findings and recommendations of the Committee on Complaints and they are hereby approved. The respondent's disobedience of the Superior Court decree is inexcusable. His failure to promptly account to Figuerado for the moneys received from the freight carriers is not only regrettable but constitutes a violation of Professional Ethics of the Rhode Island Bar Association, Canon 11. Disciplinary action is warranted.

It is hereby ordered that the respondent, Arthur C. Kreuter, Jr. be and he is hereby suspended from engaging in the practice of law in this state until further order of this Court provided, however, he may apply for reinstatement on and after the first Monday of January 1972 at which time we will consider any petition filed on his behalf. *Charles H. Drummey,* Chairman, Committee on Complaints. *Stephen F. Achille,* for respondent.

### January 8, 1970.

M. P. No. 893. Joseph A. Paolantonio *v.* Personnel Appeal Board, State of Rhode Island. Petition for writ of certiorari denied. *Joseph A. Paolantonio,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

M. P. No. 900. State of Rhode Island *v.* Albert L. Ricci, Jr. Petition for writ of certiorari granted, case consolidated for hearing in Supreme Court with *LeClair et al. v. Fanning et al.,* M. P. No. 922. *Herbert F. DeSimone,* Attorney General, *Donald F. Ryan,* Asst. Attorney General, for petitioner. *John A. Notte, III,* for respondent.

M. P. No. 910. Lawrence M. LeClair *et al. v.* Honorable Stephen A. Fanning *et al.* Motion for leave to file petition for writ of mandamus denied. *Curran & Rogers, Charles J. Rogers, Jr., Robert G. Pariseault, Berge Gregian, Raymond J. Daniels,* for petitioners. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondents.